# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129584

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAUL KUNTZ, JR.,
        Plaintiff-Appellee,

v                                               SC: 129584
                                                COA: 262383
                                                WCAC: 04-000214

USF HOLLAND, INC., and CONSTITUTION
STATE SERVICES, L.L.C.,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the August 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                    _____
                                                    Clerk

t1219